UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT G. CHAMBERS, | No. 2:18-cv-0613 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. MCFADDEN JENSEN, et al., | |
| Defendants. | |

On July 6, 2017, the court recommended that his action be dismissed for plaintiff's failure to submit a completed in forma pauperis application or pay the filing fee. Plaintiff has filed objections to the court's recommendation. Plaintiff asserts, as he did previously, that he has submitted the filing fee. However, the court has no record of this.

Good cause appearing, the court will grant plaintiff one final extension of time to pay the filing fee or submit a completed in forma pauperis application.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's May 8, 2018 findings and recommendations are vacated; and

2. Plaintiff is granted 30 days within which to submit an application to proceed in forma pauperis or the $400 filing fee. Failure to comply with this order do so will result in a recommendation that this action be dismissed.

/////

1

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: July 27, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cham0613.ifp