UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT G. CHAMBERS,<br><br>Plaintiff,<br><br>v.<br><br>R. MCFADDEN-JENSEN, et al.,<br><br>Defendants. | No. 2:18-cv-0613 TLN CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis. Under 28 U.S.C. 1915(a)(1), the court can authorize the commencement of an action without prepayment of filing fees if the person bringing the action is unable to pay the filing fees. After reviewing plaintiff's application to proceed in forma pauperis (ECF No. 14), it is clear plaintiff is able to pay the $400 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 14) is denied.

2. Plaintiff shall submit, within thirty days, the $400.00 filing fee for this action.

////

////

////

1

3. Plaintiff's failure to pay the filing fee within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: February 21, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cham0613.denifp