IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LAMBERT G. CHAMBERS,**

Plaintiff,

v.

**R. McFADDEN-JENSEN, et al.,**

Defendants.

Case No. 2:18-cv-00613 TLN CKD (PC)

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE THE AUGUST 12, 2020 SETTLEMENT CONFERENCE AND EXTEND THE STAY**

Good cause appearing, Defendant's motion to continue the August 12, 2020 settlement conference and extend the stay is **GRANTED**. The Court will set a new settlement conference date by separate order. The action remains stayed until the new settlement conference date. If the case does not settle, the Court will set a date for the filing of a responsive pleading.

Dated: July 16, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Def.'s Mot. to Continue the August 12, 2020 Settlement Conference and Extend the Stay (2:18-cv-00613 TLN CKD (PC))