# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT G. CHAMBERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. MCFADDEN-JENSEN, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 2:18-cv-0613 TLN CKD P<br><br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

Lambert G. Chambers, CDCR # C-17074, a necessary and material witness in a settlement conference in this case on November 12, 2020, is confined in Mule Creek State Prison (MCSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Deborah Barnes, **by Zoom video conference** from his place of confinement, to the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Thursday, November 12, 2020 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. The Writ issued May 12, 2020 for this inmate's appearance by video on August 12, 2020 is vacated.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

4. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Mule Creek State Prison at (209) 274-5018.

5. Any difficulties connecting to the Zoom video conference shall immediately be reported to Pete Buzo, Courtroom Deputy, at pbuzo@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, MCSP, P. O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barnes at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: July 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE