UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT G. CHAMBERS,<br><br>Plaintiff,<br><br>v.<br><br>R. MCFADDEN-JENSEN, et al.,<br><br>Defendants. | No. 2:18-cv-0613-TLN-CKD<br><br><br><br>**ORDER** |

Plaintiff Lambert G. Chambers ("Plaintiff"), a state prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2020, the magistrate judge filed findings and recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 23.) Plaintiff has not filed objections to the Findings and Recommendations. Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 4, 2020 (ECF No. 23), are adopted in full; and

2. All Defendants other than Defendant Ambler are DISMISSED.

IT IS SO ORDERED.

DATED: July 21, 2020

Troy L. Nunley
United States District Judge

2