UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT G. CHAMBERS,<br><br>Plaintiff,<br><br>v.<br><br>R. MCFADDEN-JENSEN, et al.,<br><br>Defendants. | No.  2:18-cv-0613 TLN CKD P<br><br><br><br>ORDER |

A settlement conference was held in this matter on November 11, 2020.  The case did not settle.  Accordingly, IT IS HEREBY ORDERED that:

1. The stay imposed in this matter on April 6, 2020 is lifted; and
2. Defendant Ambler shall file a response to plaintiff's amended complaint within 14 days.

Dated:  November 18, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cham0613.ans