IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAMBERT G. CHAMBERS,** | Case No. 2:18-cv-00613 TLN CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. McFADDEN-JENSEN, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's request to depose Plaintiff by remote means is **GRANTED.** Defendant may depose Plaintiff Chambers, an incarcerated inmate, by videoconference or other remote means under Federal Rule of Civil Procedure 30(b)(4).

Dated: February 8, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE