UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT G. CHAMBERS,<br><br>Plaintiff,<br><br>v.<br><br>R. MCFADDEN-JENSEN, et al.,<br><br>Defendants. | No. 2:18-cv-0613 TLN CKD P<br><br><br><br>ORDER |

    Counsel for defendant Ambler informs the court that the parties have reached a settlement agreement. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion that this matter be set for a settlement conference (ECF No. 46) is denied as moot; and

    2. The parties shall file a stipulation of dismissal by April 1, 2021.

Dated: March 10, 2021

                                                              CAROLYN K. DELANEY<br>
                                                              UNITED STATES MAGISTRATE JUDGE

1<br>
cham0613.stip