UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERT G. CHAMBERS,<br><br>        Plaintiff,<br><br>    v.<br><br>R. MCFADDEN-JENSEN, et al.,<br><br>        Defendants. | No.  2:18-cv-0613 TLN CKD P<br><br><br>ORDER |

On March 10, 2021, the parties filed a stipulation of dismissal.  On October 18, 2021, plaintiff filed a document in which he indicates that he has not yet received payment due to him under the terms of the settlement agreement.  Plaintiff asks that the court sanction Ambler and order Ambler to make payment.  In response, defendant Ambler provides evidence that plaintiff was paid on June 17, 2021.  Plaintiff did not file a reply to defendant Ambler's response.

Because it appears payment has been made, and that there is not good cause for issuing sanctions, IT IS HEREBY ORDERED that plaintiff's October 18, 2021 requests (ECF No. 52) are denied.

Dated:  November 30, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/cham0613.mte